| AO 10<br>Rev. 1/2012 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2011** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Hagel, Lawrence B. | 2. Court or Organization<br><br>U.S. Ct. of App for Vet Claims | 3. Date of Report<br><br>12/18/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>   magistrate judges indicate full- or part-time)<br><br>Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>625 Indiana Avenue, NW<br>Suite 900<br>Washington, DC 20004 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hagel, Lawrence B. | 12/18/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Salary INOVA Health Systems |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Master Card (USAA) | Credit Card | K |
| 2. | Master Card (NFCU) | Credit Card | K |
| 3. | Navy Federal Credit Union | Loan (LOC) | J |
| 4. | Northwestern Mutual Insurance Company | Loan | K |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hagel, Lawrence B. | 12/18/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. FIDELITY TRADITIONAL IRA ACCOUNT | | | | | | | | | Header Only |
| 2. | | | | | | | | | |
| 3. Fidelity Cash Reserves (FDRXX) | | None | J | T | | | | | |
| 4. | | | | | | | | | |
| 5. ___ IRA (FIDELITY PORTFOLIO ADVISORY ACCOUNT (PAS) | | | | | | | | | Header Only |
| 6. | | | | | | | | | |
| 7. Strategic Advisors Core Fund (FCSAX) | A | Dividend | J | T | | | | | See Part VIII |
| 8. | | | | | | | | | |
| 9. Strategic Advisors Growth Fund (FSGFX) | A | Dividend | J | T | | | | | See Part VIII |
| 10. | | | | | | | | | |
| 11. Strategic Advisors Value Fund (FVSAX) | A | Dividend | J | T | | | | | |
| 12. | | | | | | | | | |
| 13. Strategic Advisors US Opportunity Fund (FUSOX) | A | Dividend | J | T | | | | | |
| 14. | | | | | | | | | |
| 15. Strategic Advisors Small-Mid Cap Fund (FSCFX) | A | Dividend | J | T | | | | | |
| 16. | | | | | | | | | |
| 17. Strategic Advisors International Fund (FILFX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hagel, Lawrence B. | 12/18/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | | | | |
| 19. Fidelity Real Estate Income (FRIFX) | A | Dividend | J | T | | | | | |
| 20. | | | | | | | | | |
| 21. Fidelity Select Gold (FXAGX) | A | Dividend | J | T | | | | | |
| 22. | | | | | | | | | |
| 23. AQR Diversified Arbitrage Class I (ADAIX) | A | Dividend | J | T | | | | | |
| 24. | | | | | | | | | |
| 25. Credit Suisse Commd Rtrn Stragy Inst SH (CRSOX) | A | Dividend | J | T | | | | | |
| 26. | | | | | | | | | |
| 27. Fidelity Total Bond (FTBFX) | A | Dividend | J | T | | | | | |
| 28. | | | | | | | | | |
| 29. Strategic Advisors Income Opportunities (FPIOX) | A | Dividend | J | T | | | | | See Part VIII |
| 30. | | | | | | | | | |
| 31. Strategic Advisors Core Income Fund (FPCIX) | A | Dividend | J | T | | | | | |
| 32. | | | | | | | | | |
| 33. Metropolitan West Low Duration M (MWLDX) ** | A | Dividend | J | T | | | | | |
| 34. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hagel, Lawrence B. | 12/18/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. PIMCO Total Return Administrative SHS (PTRAX) | A | Dividend | J | T | | | | | |
| 36. | | | | | | | | | |
| 37. PIMCO Short Term Admiistrative SHS (PSFAX) | A | Dividend | J | T | | | | | |
| 38. | | | | | | | | | |
| 39. Templeton Global Bond Class A (TPINX) | A | Dividend | J | T | | | | | |
| 40. | | | | | | | | | |
| 41. Fidelity Cash Reserves (FDRXX) | A | Dividend | J | T | | | | | |
| 42. | | | | | | | | | |
| 43. FIMM MMKT Port Inst CL (FNSXX) | A | Dividend | J | T | | | | | See Part VIII |
| 44. | | | | | | | | | |
| 45. Fidelity Investment Grade | A | Dividend | | | Sold | 12/16/11 | J | A | |
| 46. | | | | | | | | | |
| 47. Fidelity PAS Small Midcap fund of funds | A | Dividend | J | T | | | | | |
| 48. | | | | | | | | | |
| 49. Fidelity Ind Fund of Funds | A | Dividend | J | T | | | | | |
| 50. | | | | | | | | | |
| 51. PAS US Opp fund of funds | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hagel, Lawrence B. | 12/18/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53. | | | | | | | | | |
| 54. T. Rowe Price High Yield Advisor CL | A | Dividend | | | Sold | 03/17/11 | J | A | |
| 55. Fidelity Traditional IRA | A | Interest | J | T | | | | | |
| 56. | | | | | | | | | |
| 57. Edleman Finacial EMAP (T.D. AMERITRADE) IRA | | | | | | | | | Header Only |
| 58. | | | | | | | | | |
| 59. iShares IBOXX $ InvesTop Corporate Bond | | None | K | T | | | | | See Part VIII |
| 60. | | | | | | | | | |
| 61. DFA 5-Year Global Fixed Income | | None | K | T | | | | | |
| 62. | | | | | | | | | |
| 63. DFA Intern Govt Fixed Income | | None | K | T | | | | | |
| 64. | | | | | | | | | |
| 65. DFA Emerging Markets. | | None | J | T | | | | | |
| 66. | | | | | | | | | |
| 67. DFA Large Cap International | A | Dividend | J | T | | | | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hagel, Lawrence B. | 12/18/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. DFA International Value I | | None | J | T | | | | | |
| 70. | | | | | | | | | |
| 71. Money Market; Cash; TDAM U.S. Government Port (CMFUZ) | A | Interest | J | T | | | | | |
| 72. | | | | | | | | | |
| 73. iShares S&P North American Natural Resources | | None | J | T | | | | | |
| 74. | | | | | | | | | |
| 75. Vanguard REIT Index ETF | A | Dividend | J | T | | | | | |
| 76. | | | | | | | | | |
| 77. DFA US LrgCap Value | | None | K | T | | | | | |
| 78. | | | | | | | | | |
| 79. Vanguard Growth | | None | K | T | | | | | |
| 80. | | | | K | | | | | | |
| 81. iShares Russell 1000 Value Index | | None | K | T | | | | | |
| 82. | | | | | | | | | |
| 83. iShares S&P MidCap 400 Index | | None | K | T | | | | | |
| 84. | | | | | | | | | |
| 85. DFA US Small Cap | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hagel, Lawrence B. | 12/18/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. Edleman Financial EMAP (TD Ameritrade) IRA ____ ) | | | | | | | | | Header Only |
| 88. | | | | | | | | | |
| 89. DFA Large Cap Intl | | None | | | Sold | 08/23/11 | J | A | |
| 90. | | | | | | | | | |
| 91. Money Mkt; Cash; TDAM US Government Port | | None | | | Sold | 08/23/11 | J | A | |
| 92. | | | | | | | | | |
| 93. DFA US LrgCap Value | | None | | | Sold | 08/23/11 | J | A | |
| 94. | | | | | | | | | |
| 95. Vanguard Growth | | None | | | Sold | 08/23/11 | J | A | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |
| 98. Cash Benefit/Transition Annuity Retirement Plan (INOVA) | A | Interest | K | T | | | | | |
| 99. | | | | | | | | | |
| 100. 401(k)(INOVA) | | | | | | | | | Header Only |
| 101. | | | | | | | | | |
| 102. --Fidelity Diversified International Fund | | | | | Merged (with line 104) | 12/31/10 | J | B | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hagel, Lawrence B. | 12/18/2012 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ]  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | |
| 104.  --American Funds EuroPacific Growth Fund Class R4 | B | Dividend | J | T | | | | | |
| 105. | | | | | | | | | |
| 106.  --Fidelitgy Low Pr. Stk. Fund (401(k) | B | Dividend | J | T | | | | | |
| 107. | | | | | | | | | |
| 108.  --Davis NY Venture A | B | Dividend | J | T | | | | | |
| 109. | | | | | | | | | |
| 110.  --Fidelity Growth Company | C | Dividend | K | T | | | | | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |
| 113.  IRA TD AMERITRADE ▒ | | | | | | | | | Header Only |
| 114. | | | | | | | | | |
| 115.  --Vangard Growth (VUG) | A | Dividend | | | Sold | 08/23/11 | J | A | |
| 116. | | | | | | | | | |
| 117.  --Money Mkt Fund (TDAM US Governent Portfolio) | A | Dividend | | | Sold | 08/23/11 | J | A | |
| 118. | | | | | | | | | |
| 119.  --Dfa Invt. Dimensions Group US Large Cap Value Port. (DFLVX | A | Dividend | | | Sold | 08/23/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hagel, Lawrence B. | 12/18/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | | | | | |
| 121. --Dfa Invt. Dimensions Group Large Cap Intl (DFALX) | A | Dividend | | | Sold | 08/23/11 | J | A | |
| 122. | | | | | | | | | |
| 123. OTHER ACCOUNTS/ASSETS | | | | | | | | | |
| 124. | | | | | | | | | |
| 125. --Navy Federal Credit Union Cash Accounts | A | Interest | J | T | | | | | |
| 126. | | | | | | | | | |
| 127. --First National Bank of Odon | | None | J | T | | | | | |
| 128. | | | | | | | | | |
| 129. Capital One Bank Cash Account | A | Interest | J | T | | | | | See Note 6, Section VIII |
| 130. | | | | | | | | | |
| 131. Northwestern Mutual Life Insurance Company | B | Int./Div. | J | T | | | | | |
| 132. | | | | | | | | | |
| 133. Navy Mutual Life Insurance Company | B | Interest | K | T | | | | | |
| 134. | | | | | | | | | |
| 135. Dept. of Veterans Affairs Life Insurance (see sec. VIII nt.) | A | Interest | J | T | | | | | |
| 136. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hagel, Lawrence B. | 12/18/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Nobel Energy Inc.Oil Lease | A | Royalty | J | W | | | | | |
| 138. | | | | | | | | | |
| 139. U.S. Savings Bond | | None | J | T | | | | | |
| 140. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hagel, Lawrence B. | 12/18/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

:1. Line 7: Strategic Advisors Core Fund (FCSAX) Only transactions were: Capital Gains Recieved and Reinvested in managed fund. Dates: 7/8; 12/29; 12/30 All tranaction amounts less than $1,000. This is the same fund that appears by the name Strategic Advsers Small - Mid Cap Fund FD on 2010 Report but more accurately recorded along with stock indentifier.

2. Line 9: Strategic Advisors Growth Fund (FSGFX): Only transactions were: Capital Gains Recieved and Reinvested in managed fund. Dates: 7/8; 12/29; 12/30 All tranaction amounts less than $1,000.This asset inadverttntly ommitted. The 2010 report should have reflected: Column B(1): A; Column B(2): Divident; Column C(1): J; Column C(2): T. Transactions during 2010 were all purchases and portal sales. They occurred on: Purchases: 6/16; Sales 7/14;

3. Line11: Strategic Advisors Value Fund (FVSAX): Only transactions were: Capital Gains Recieved and Reinvested in managed fund. Dates: 7/8; 12/29; 12/30 All tranaction amounts less than $1,000.

4. Line 13: Strategic Advisors US Opportunity Fund (FUSOX) : Only transactions were: Capital Gains Recieved and Reinvested in managed fund. Dates: 4/15; 12/29. All tranaction amounts less than $1,000.

5. Line 15: Strategic Advisors Small-Mid Cap FD (FXCFX): Only transactions were: Capital Gains Recieved and Reinvested in managed fund. Dates: 4/15; 12/29. All tranaction amounts less than $1,000.

6. Line 17: Strategic Advisers International Fund (FILFX): Only transactions were: Capital Gains Recieved and Reinvested in managed fund. Dates: 4/15; 12/29. All tranaction amounts less than $1,000.

7. Line 19: Fielity Real Estate Income Fund (FRIX): Only transactions were: Capital Gains Recieved and Reinvested in managed fund. Dates: 3/4; 6/3;9/2; 12/16; 12/30. . All tranaction amounts less than $1,000.

8. Line 21: Fidelity Select Gold (FXAGX): Only transactions were: Capital Gains Recieved and Reinvested in managed fund. Dates: 4/15; 12/09. All tranaction amounts less than $1,000.

9. Line 45: Fidelity Investment Grade ( Only transactions were: Capital Gains Recieved and Reinvested in managed fund. Dates: 1/31; 2/28; 3/16: Sold on 3/17. All tranaction amounts less than $1,000.

10: Line 27: Fidelity Total Bond (FTBX): Only transactions were: Capital Gains Recieved and Reinvested in managed fund Dates: 1/31; 2/28; 3/31; 4/29; 5/31; 6/30; 7/29; 8/31; 9/30; 10/14; 11/30; 12/16; 12/30. . All tranaction amounts less than $1,000.

11, Line 29: Strategic Income Opportunities (FPIOX): Only transactions were: Capital Gains Recieved and Reinvested in managed fund Dates: 1/31; 2/28; 3/31; 4/29; 5/31; 6/30; 7/29; 8/31; 9/30; 10/14; 11/30; 12/16; 12/29; 12/30. . All tranaction amounts less than $1,000.

12. Line 31: Strategic Advisers Core Income Fund (FPCIX). Only transactions were: Capital Gains Recieved and Reinvested in managed fund Dates: 1/31; 2/28; 3/31; 4/29; 5/31; 6/30; 7/29; 8/31; 9/30; 10/14; 11/30; 12/16; 12/29; 12/30. . All tranaction amounts less than $1,000.

13. Line 43: FIMM MMKT Port. Inst CL (FNSXX). Only transactions were: Capital Gains Recieved and Reinvested in managed fund Dates: 1/31; 2/28; 3/31; 4/29; 5/31; 6/30; 7/29; 8/31; 9/30; 10/14; 11/30; 12/30. . All tranaction amounts less than $1,000.

14: Line 23: AQR Diversified Arbitrage Class I (ADAIX). Only transactions were: Capital Gains Recieved and Reinvested in managed fund Dates: 9/21; 9/22; 9/29; 12 /17. All transaction mounts less than $1,000..

15 Line 33: Metropolitan West Low Duration M (MDLDX). Only transactions were: Capital Gains Recieved and Reinvested in managed fund Dates: 1/31; 2/28; 3/31; 4/29; 5/31; 6/30; 7/29; 8/31; 9/30; 10/31;; 11/30; 12/30. . All tranaction amounts less than $1,000.

16. Line 35: PIMCO Total Return Adminstrative SHS (PTRAX). Only transactions were: Capital Gains Recieved and Reinvested in managed fund Dates: 1/31; 2/28; 3/31; 4/29; 5/31; 6/30; 7/29; 8/31; 9/30; 10/31; 11/30; 12/28. . All tranaction amounts less than $1,000.

17. Line 37: PIMCO Short Term Administrative SHS (PSFAX). Only transactions were: Capital Gains Recieved and Reinvested in managed fund Dates: 1/31; 2/28; 3/31; 4/29; 5/31; 6/30; 7/29; 8/31; 9/30; 10/31; 11/30; 12/7. . All tranaction amounts less than $1,000.

18. Line 47. T. Rowe Price High Yield Advisor CL. Only transactions were: Capital Gains Recieved and Reinvested in managed fund Dates: 1/31; 2/28; 3/31. Sold 3/17 . All tranaction amounts less than $1,000.

19. Line 39. Templeton Global Bond Class A. Only transactions were: Capital Gains Recieved and Reinvested in managed fund on Dates: 1/20; 2/17; 3/17; 4/19; 5/18; 6/17; 7/19; 8/17; 9/19; 10/19; 11/17; 12/19 Capital Gains Recieved and Reinvested . . All tranaction amounts less than $1,000.\

20. Line 108: Vanguard Growth (VUG). Only transaction was Capital Gains Recieved and Reinvested in managed fund on 6/30; Sold on 8/23 as indicated in Section 27.

21. Line 110: TDAM US Govt. Portfolio. Transactions were: Capital Gains Recieved and Reinvested on in managed fund Dates: 4/11; 4/29; 5/31; 6/10; 6/30, all less than $1,000. Sold 8/23 as noted in Section VII.

| Name of Person Reporting | Date of Report |
|---|---|
| Hagel, Lawrence B. | 12/18/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

22. Line 112: Peviously also reported as Dfa US Large Cap Value (DFLVX)  Transactions were: Capital Gains Recieved and Reinvested in managed fund on 2/18;  6/9 both transactions less thatn $1,000  Sold on 8/23 as indicated in Section VII..

23. Line 114:. Previously also reported as Dfa Large Cap Intl (DFALX).  Transactions Capital Gains Recieved and Reinvested in managed fund on  6/9 under $1,000.  Sold on 8/23 as indicated in Section VII.

24. The following were listed on the 2010 report but do not appear in the same form or by the same name on this (2011) report.  Explanations follow:  (Line numbers refer to line numbers on 2010 report)

(a)  Line 87:  TD Ameritrace Cash Fund

 - Symbol is CMFUZ.  This Fund's formal name is TD-Ameritrade U.S. Govt Portoflio (See line 87 in 2010 report)

(b)  Line 89-91:  IShares Iboxx & Invto (Inves Fund LQD)

 - Symbol is LQD.  There was a name change from Ishares IBoxx Investment Group Corporate Bond to Ishares Ibox Inves Top Corp Bond.

(c)  Line 114:  DFA Invt Demensions Group Intr Gvt Bd Pt

 - Symbol is DF16X.  This is the same as DFA Intermediate Gov't Fixed Income

(d)  Line 120-122:  (TFA appears to be a typographical error) .  According to the Account Manager this is the same instrument as line 114 in the 2010 report.

25. Line7, 9, and 29:  Strategic Advising Care Fund (FCSAX) and Strategic Advisors Growtth Fund (FSGFX) Strategic Advising Income Opportunities Fund (FPIOX) were all held in 2010 but inadvertently ommitted from the 2010 report.  Column B1 for 2010 should have been reported as "A."  Column B2 should have been reported as "Dividend" for these holdings.

26. Line 43:  FIMM MMKT Port Inst CL (FNSXX).  This was held in 2010 but indavertently ommitted from the 2010 report

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ Lawrence B. Hagel

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544